AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:25-cv-219

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Parviz Sabeti
was received by me on *(date)* 2-12-2025 .

☒ I personally served the summons on the individual at *(place)* 9700 Wentworth Ct, Windermere, FL 34786 (his primary residence) on *(date)* 2-27-2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 500 for services, for a total of $ 500 .

I declare under penalty of perjury that this information is true.

Date: 2-27-2025

*Server's signature*

Phillip Lenger CPS # 502 (9th Circuit Court)
*Printed name and title*

100 E Pine St, Suite 110, Orlando, FL 32801
*Server's address*

Additional information regarding attempted service, etc:

Served: 3:07pm 2/27/2025 at front door of 9700 Wentworth Ct, Windermere, FL 34786. Parvis verbally confirmed his name and accepted the papers in hand. He wore a blue polo shirt, black shorts, was balding with gray hair and glasses. He was tall, and thin. A female, possibly his wife was also present. There was a white BMW SUV in the driveway and two golf carts visible in an open garage.