# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOHN DOE I, JOHN DOE II, and
JOHN DOE III,

v.  Case No: 6:25-cv-219-GAP-DCI

PARVIZ SABETI,

        Defendants.

## ORDER

On April 14, 2025, Defendant Parviz Sabeti ("Defendant") filed a Motion to Dismiss Plaintiffs John Doe I, John Doe II, and John Doe III's ("Plaintiffs' ") Complaint. Doc. 40; *see also* Doc. 1. On May 5, 2025, Plaintiffs filed an Amended Complaint. Doc. 47. "Under the Federal Rules, an amended complaint supersedes the original complaint." *Fritz v. Standard Sec. Life Ins. Co. of New York*, 676 F.2d 1356, 1358 (11th Cir. 1982). Therefore, Defendant's Motion to Dismiss has been rendered moot. *See id.*

Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. 40) is hereby **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on May 6, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties