**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**JOHN DOE I, JOHN DOE II and
JOHN DOE III,**

        **Plaintiffs,**

**v.**                                    **Case No: 6:25-cv-219-GAP-DCI**

**PARVIZ SABETI,**

        **Defendant.**

_____/

**ORDER TO SHOW CAUSE**

        This case is before the Court upon review of the file. Plaintiffs have failed to file a Case Management Report within the time required by Local Rule 3.02(b). Plaintiffs are hereby **DIRECTED** to file a written response within **fourteen (14)** days from the date of this Order why this case should not be dismissed, pursuant to Local Rule 3.10, for lack of prosecution due to the non-filing of a **Case Management Report** within the time prescribed by Local Rule 3.02(b). Failure to respond to this Order may result in a dismissal of this action or the imposition of other appropriate sanctions without further notice from the Court.

        **DONE AND ORDERED** in Orlando, Florida on May 12, 2025.



Copies furnished to:
Counsel of Record
Unrepresented Parties