**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| JOHN DOE I, JOHN DOE II, and JOHN DOE III, | ) ) ) |
| *Plaintiffs,* | ) Case No. 6:25-cv-219-GAP-DCI ) |
| v. | ) ) |
| PARVIZ SABETI, | ) ) |
| *Defendant.* | ) |

_____

## DECLARATION OF PARVIZ SABETI

I, Parviz Sabeti, declare as follows:

1. I am 89 years old. I am a retiree, a family man, and a United States citizen who has lived in this country for almost 50 years.

2. I fled Iran in 1978, 100 days before the fall of Shah Mohammad Reza Pahlavi's secular government to the current Islamic regime.

3. I joined *Sazman-e Ettela'at va Amniyat-e Keshvar* ("SAVAK") – The Organization for Information and Security of Iran – as a political analyst in 1958, after graduating from Tehran University Law School, with the hopes of fighting the spread of terrorism, radical Islam and Marxism, government corruption, injustice, and discrimination in Iran.

4. I worked within SAVAK's third division, which was tasked with

1

internal security. There, I became the head of political analysis and then later the head of the third division.

5.    While at SAVAK, I was tasked by the Shah with briefing the press and public on TV on various domestic and international incidents, including terrorist attacks on Iranian soil, the arrests of members of Mojahedin-e-Khalq (MEK) and Fedaien-e-Khalq (violent Marxist groups), and an Iraqi-led plot against Iran.

6.    Islamist and Marxist groups, including the MEK, rallied behind Ayatollah Khomeini and used assassinations, bombings, and guerrilla tactics to destabilize the Shah's government in the years leading up to the 1979 Iranian Revolution.

7.    Due to my responsibilities as a representative and spokesperson for the government, I was maligned by these Islamist and Marxist groups.

8.    I left Iran on October 31, 1978, as the country was beginning to fall to the current Islamic regime, and as the revolutionary forces were calling for my arrest and that of other government officials.

9.    I traveled first to Paris, France, where I received a visa from the US Embassy. I then arrived in the United States on November 11, 1978. I entered the United States under my real name—Parviz Sabeti—and have lived openly under my real name ever since.

10.    My entire life I have opposed radical Islam and Marxism and have

2

been a proponent of Western and democratic values.

11.    I have no ties or connections to the Islamic Revolutionary Guard Corps of Iran. I have no ties with government officials of the Islamic Republic of Iran, nor was I involved in the "arms procurement for the Islamic Republic during the Iran Contra scandal." Am. Compl. ¶ 157.

12.    I have no political ambitions, and I have not held government office since leaving Iran in 1978. I am not seeking to return to Iran to assume any political or official post, nor have I expressed any interest in doing so.

13.    The suggestion that I am preparing to lead a security agency or political movement in my late 80s is factually false and preposterous. I want nothing more than to live the rest of my life in peace, surrounded by my family in the country I now call home.

14.    Within months of the fall of the Shah's government, the Islamic Republic of Iran executed the three living heads of SAVAK. Over the ensuing years, the Islamic Republic hunted down and executed many thousands more members of the former government, including many more of my previous colleagues at SAVAK.

15.    The Islamic Republic of Iran has targeted me via assassination threats and disinformation campaigns since I arrived in the United States.

16.    In 1979, *The Miami Herald* reported that the Islamic Republic of Iran's Chief Justice, Sadegh Khalkhali, known as the "Hanging Judge,"

3

specifically named me as someone to be hunted and executed abroad.

17.    The Iranian regime's efforts to malign and target me have been persistent and global. In addition to repeated cyberattacks confirmed by U.S. authorities, the regime has published and broadcast state-sponsored propaganda films about me, falsely accusing me of crimes and portraying me as a national enemy. These programs air annually on the anniversary of the revolution and are designed to incite animus and encourage violence against me.

18.    Four years ago, the Islamic Republic-controlled TV made a so-called "documentary" about me full of fabricated information and has subsequently broadcasted it each year on the anniversary of the revolution. In this broadcast, they also stated that I fled to the United States.

19.    Both my daughter and I are regular targets of cybersecurity attacks by the Islamic Republic of Iran. The Federal Bureau of Investigation (FBI) has detected these attacks and brought them to our attention multiple times over many years.

20.    In 2023, federal law enforcement authorities informed me that the Islamic Republic of Iran had hacked my email account.

21.    The idea that I, who have long been targeted by the Iranian government, would pose a threat to anonymous individuals is simply implausible. For all I know, these individuals may have traveled freely to and

4

from Iran, or lived abroad without interference. I, by contrast, have not set foot in Iran since 1978 and have lived under constant threat of reprisal for my role in the former government. These threats are not hypothetical—they have been reported in the press, detected by federal agencies, and confirmed by ongoing security threats against my family.

22.    Since I left Iran, many things have been written about me. Some have been very critical of me but have been written by people who have shared their identities publicly. I have never spoken or acted against them. And as far as I know, they have never been harmed.

23.    Despite these constant threats to my life and the safety of my family, I have lived openly and publicly in the United States.

24.    My 1978 immigration documents and eventual US citizen passport were under my name: Parviz Sabeti.

25.    I registered to vote in the state of Florida in 1993 under my name.

26.    I was an officer to several Florida businesses and listed—under my name—as an officer in annual documents filed with the State of Florida.

27.    From 1999 through 2014, I donated to political candidates under my name and with an address indicating the city in which I lived.

28.    In November 1991, I filed a lawsuit in Orange County, Florida under my name, *Parviz Sabeti vs. State Farm Insurance*, Case Number 108255009. The lawsuit concerned a February 1990 car accident in which I was

injured. *The Orlando Sentinel* reported on the accident at that time and even published my full name, age, and address.

29.    I raised two loving, successful children under my name. Both attended Trinity Preparatory School in Winter Park, Florida. One is a Professor at Harvard University, leading a computational genomics lab focused on improving human health and combatting infectious disease. The other is a public policy expert and lawyer who previously has worked on national and state-level political campaigns, practiced corporate law in New York, and was a program director at the Clinton Foundation.

30.    My daughter, Pardis Sabeti, who publicly shares my last name and a close first name, is a globally renowned scientist named a TIME Magazine Person of the Year and TIME100 recipient for her work combating the Ebola Virus. She has spoken extensively over decades in many public outlets about my work in the Shah's government prior to our immigration to the United States.

31.    The Monarchist movement in Iran refers to a loose coalition of Iranians—both inside the country and in the diaspora—who advocate for the restoration of a constitutional monarchy (similar to the UK) in Iran. Monarchists oppose the current theocratic regime and view it as illegitimate, corrupt, and repressive. Reza Pahlavi, the son of the last Shah, is the most prominent figure opposing the regime and advocates for a transition to a

6

democratic, secular Iran.

32.    I am not working with, or otherwise involved in, the Monarchist movement.

33.    I specifically deny having any relationship with, being affiliated with, or coordinating in any way with Dr. Shahram Makoui, who the Plaintiffs allege is a member of the Monarchist faction. Am. Compl. ¶ 157. After the filing of this lawsuit, Dr. Makoui, who I had no previous contact with, contacted me to through an intermediary because I had expressed my strong disapproval about his social media post related to this lawsuit. Although I briefly spoke with Dr. Makoui by telephone on March 10, 2025, the limited purpose of that call was for me to tell Dr. Makoui not to make any social media posts referencing me or this lawsuit. Indeed, I entertained this brief phone call with Dr. Makoui with the express purpose of relaying my disapproval and persuading Dr. Makoui not to further stoke tensions on social media, including regarding the subject matter of this case. Apart from this phone call, I have never spoken with Dr. Makoui, and I have no relationship or other communication with him. I have not directed, encouraged, overseen, or otherwise approved of Dr. Makoui's social media posts. I am not responsible for Dr. Makoui's social media posts or other conduct. To the extent that Dr. Makoui's social media posts could be interpreted as calls to violence or harassment, I vehemently disavow such calls.

7

34. Moreover, with respect to the February 26, 2025 email to the Plaintiffs' counsel from the email account "moradiamirhossein18@gmail.com," which allegedly emanated from Tehran (Am. Compl. ¶ 150), I categorically deny that I (or anyone in my sphere) sent, directed, oversaw, or had anything to do with this email.

35. At my age, I do not have political ambitions to become a "leader[ ] who should replace the Islamic Republic." *See* Am. Compl. ¶ 12.

36. The Islamic Republic of Iran still considers me an enemy. Following news of this filing, Iranian regime officials and pundits have celebrated this lawsuit.

37. Likewise, after the filing of this case, my family has begun to receive menacing messages related to the subject matter of this lawsuit. As just one example, on February 28, 2025, my daughter Pardis was "tagged" in an Instagram post, which showed an unknown individual pictured outside of her residence in Boston holding up his middle finger. The caption of that photo referenced this lawsuit. Even more recently, on May 11, 2025, Pardis began to receive cryptic messages on WhatsApp from unknown and what appear to be overseas numbers. These messages claimed that I am "being targeted by a hit squad"; said that "[t]hey've been tailing [Pardis] and the old man [i.e., me] hard—your place, all your usual routes"; and urged Pardis to contact the sender, who has vowed to protect my family from this alleged "hit

8

squad." These communications again show images of her residence in Boston. When she blocked communications, my other daughter began receiving these menacing messages as well. Excerpts of these threatening communications follow:





peter2khanemazendaran Days ago parviz sabeti, the former savak deputy commander who oversaw torture and a continuation of the experiments nazis like mengele did, and who currently lives at 5367 vineland road in orlando, was sued by several victims who filed a lawsuit in the federal court in orlando https://peteriikhanemazendaran.godaddysites.com/f/ on-parviz-sabeti-sued-in-america-for-savak-torture While technically the american court has no jurisdiction, the plaintiffs, who choose to be anonymous, point out the continuing ties parviz has with the Iranian government. While they reference his daughter @pardis_sabeti, of 486 commonwealth avenue in boston, who is continuing these experiments at @sabeti_lab harvard along with making bioweapons and genetic manipulation, I know of this as I ran afoul of one of their bioweapons in February 2015 when the zobians @zobian @aram_zobian used one on me at an armenian genocide event in watertown, and pardis told my cousin Homa Khanoum in 2020 that covid was a bioweapon, as are the vaccines. Essentially the sabetis are continuing their activities to make themselves useful, yet it is odd these plaintiffs are choosing to remain anonymous. Something is afoot here.
#Iran #orlando #boston #humanrights #torture #bioweapons #ایران

February 28

---

[1] For Ms. Sabeti's safety, screenshots have been cropped to remove photographs of Ms. Sabeti's residence.





38.    Pardis has already reported these menacing communications to law enforcement authorities. I will likewise be reporting these communications to local law enforcement authorities in the near future.

39.     These threatening communications, which arose as a direct result of the filing of this case, have caused me to fear for my safety and that of my family.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: May 21, 2025                          /s/ *Parviz Sabeti*\*
                                             Parviz Sabeti

\*      I certify that I have the signed original of this document that is available for inspection during normal business hours by the court or a party to this action.

**MARCUS NEIMAN
RASHBAUM & PINEIRO LLP**

**/s/ Jeffrey E. Marcus**
Jeffrey E. Marcus, Esq.
Florida Bar No. 310890
jmarcus@mnrlawfirm.com
Bryan A. Almeida, Esq.
Florida Bar No. 1005558
balmeida@mnrlawfirm.com

One Biscayne Tower
2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
(305) 400-4260

**LEVY FIRESTONE MUSE LLP**

Joshua A. Levy, Esq.

12

jal@levyfirestone.com
DC Bar No. 475108
Justin A. DiCharia, Esq.
jdicharia@levyfirestone.com
DC Bar No. 1671109

900 17th Street N.W., Suite 1200
Washington, D.C. 20006
(202) 845-3215

*Attorneys for Defendant*

13