# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOHN DOE I, JOHN DOE II and
JOHN DOE III,

               Plaintiffs,

v.                                                      Case No:   6:25-cv-219-GAP-DCI

PARVIZ SABETI,

               Defendant

_____

## ORDER

Upon a review of the docket, it appears that attorney Andrew B. Loewenstein and Christina G. Hioureas have not registered for participation in the Court's mandatory electronic filing system, as required by Local Rule 2.01(b)(1)(G) and the Administrative Procedures for Electronic Filing in Civil and Criminal Cases.   Mr. Loewenstein and Ms. Hioureas are hereby **ORDERED** to register with the Court's CM/ECF system within 30 days of the date of this Order and file a paper certifying compliance with same.   Once registered, the Clerk will no longer mail paper copies of filings.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 6, 2025.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party