# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOHN DOE I, JOHN DOE II, and JOHN DOE III,**

        **Plaintiffs,**

v.                                                                  Case No: 6:25-cv-219-GAP-DCI

**PARVIZ SABETI,**

        **Defendant.**

_____/

## ORDER

Before the Court is Plaintiffs' Expedited Motion to Compel Deposition Testimony Concerning Fear of Reprisal. Doc. 147 (the Motion).

On February 27, 2026, Plaintiffs filed the Motion. In the Motion, Plaintiffs seek to compel Defendant to answer certain questions about "fear of reprisal" at a deposition set for March 2, 2026. In anticipation of the deposition, Defendant preemptively objected to that line of inquiry as outside the limited scope of discovery at this stage of the case. In fact, the issue was discussed between the partes during conferrals "on January 22, 2026; January 28, 2026; February 17, 2026; February 18, 2026; and February 19, 2026." Doc. 147 at 6. Despite that, Plaintiffs waited until February 27, 2025—the Friday before the Monday deposition—to file the Motion.

Pursuant to the Order on Discovery Motions, which already provides for an expedited process to resolve discovery disputes, Defendant was required to respond to the Motion on March 4, 2026. Defendant timely filed a response. Doc. 148. In the response, Defendant argues in opposition to the Motion, but also notes that the deposition occurred as scheduled. Further, this phase of discovery is now closed.

In sum, the Motion is untimely. Plaintiffs filed the Motion in a manner that precluded a ruling—or even full briefing on an already expedited schedule—prior to the deposition taking

place and to the close of this phase of discovery.  And given that the parties conferred concerning this matter beginning on at least January 22, 2026 (over a month before the Motion was filed), there appears to be no good cause to for delay.  Further, there is no good cause to reopen the deposition after the discovery deadline to address an issue that the Court could have resolved prior to the deposition had Plaintiffs exercised diligence.

      Accordingly, it is **ORDERED** that the Motion (Doc. 147) is **DENIED**.

      **ORDERED** in Orlando, Florida on March 6, 2026.

DANIEL C. IRICK<br>
UNITED STATES MAGISTRATE JUDGE