

# EXHIBIT 2

JOHN DOE I, JOHN DOE II, and
JOHN DOE III,

     *Plaintiffs*,

    v.

PARVIZ SABETI,

     *Defendant*.

Case No. 6:25-cv-219-GAP-DCI

## **EXPERT REPORT OF GOLNAR NIKPOUR**

# TABLE OF CONTENTS

I. PRELIMINARY INFORMATION ...................................................................3

    A. Qualifications ....................................................................................3

    B. Scope of Expert Opinion...................................................................6

II. EXPERT OPINION ...................................................................................8

    A. SAVAK and Torture Before 1979.....................................................8

    B. The Islamic Republic of Iran and SAVAK's Legacy ..............................20

    C. Neo-Monarchism in the Iranian Diaspora..........................................32

    D. Conclusion.....................................................................................37

## I.  PRELIMINARY INFORMATION

### A.  Qualifications

1.  I am an Associate Professor of History at Dartmouth College, where I conduct research on the history of modern Iran, including the development of state power, incarceration, political repression, and rights across the twentieth and twenty-first centuries. I also teach interdisciplinary courses at Dartmouth on modern Middle Eastern and North African history, Iranian history, political theory, Islamic studies, prison studies, colonialism and decolonization, and women and gender studies.

2.  My expertise on the issues addressed in this Report is based on my education and career as a research historian and professor, particularly with respect to contemporary Iran, as indicated in my *curriculum vitae*. My *curriculum vitae*, including a full list of publications, is attached as Exhibit 1.

3.  I obtained a Bachelor of Arts *magna cum laude* in Asian and Middle Eastern Studies from Barnard College in 2003. I obtained an M.A., M.Phil., and Ph.D. degree from Columbia University's Department of Middle Eastern, South Asian, and African Studies in 2010, 2011, and 2015, respectively. My fields of study included modern Iranian history, modern Middle Eastern and North African history, postcolonial studies, and legal and prison history.

4.  After completing my Ph.D., I was selected as an A.W. Mellon Postdoctoral Fellow in the Humanities and Humanistic Social Sciences at the Center

for the Humanities at the University of Wisconsin-Madison from 2015 to 2017. As part of my fellowship, I taught several undergraduate courses in the Department of History, including Political Thought in the Modern Middle East, The Middle East in the Twentieth Century, and Gender and the Modern Middle East and North Africa. From 2017 to 2018, I was a Neubauer Junior Research Fellow at Brandeis University's Crown Center for Middle East Studies. In 2018, I was hired as an Assistant Professor in the Department of History at Dartmouth College, where I have taught courses including Modern Iran, The Modern Middle East and North Africa, The Global History of Human Rights, Gender and the Modern Middle East and North Africa, and Introduction to Islamic History. As of 2025, I have been appointed Associate Professor.

5.      In relation to my academic qualifications, I have authored numerous research publications related to modern Iranian history, political repression, state power, and incarceration. I have also presented more than 50 times on these issues at invited workshops, lectures, seminars, conferences, keynotes, and roundtables. My writing has been published in *Comparative Studies of South Asia, Africa and the Middle East*; *Humanity: An International Journal of Human Rights, Humanitarianism, and Development*; *The International Journal of Middle East Studies*; *Iranian Studies*; *The Canadian Journal of History*; *The New York Times*; *Jacobin;* and *Jadaliyya*. The topics I write and present on deal directly with the role

4

of prisons and torture in contemporary Iran, as well as law, repression, and revolution in Iranian politics. My work has been supported by the Social Science Research Council, the A.W. Mellon Foundation, and the Giles Whiting Foundation.

6. My book, *The Incarcerated Modern: Prisons and Public Life in Iran*, was published by Stanford University Press in 2024. The book explores the concrete space of the Iranian prison and the role of prisons in producing new public cultures and political languages in Iran. Drawing on expansive multilingual and multi-genre research conducted in numerous archives across three continents – including difficult to access archives in the Islamic Republic of Iran – *The Incarcerated Modern* analyzes both the history of the modern prison in Iran and the political and public cultures it spawned.

7. I am member of the Middle East Studies Association (MESA), American Historical Association (AHA), and the Association for Iranian Studies (AIS). In addition to my professional and academic commitments, since 2019, I have served as a member and co-chair of the editorial board of the *Radical History Review* from Duke University Press. I am also on the editorial board of the *Journal of South Asian and Middle Eastern Studies* at Villanova University, as well as the Radical Histories of the Middle East book series from Oneworld Press. Finally, I am the co-founder and Production Editor of *B|ta'arof*, a journal for Iranian arts and writing.

8.      I have published popular articles and have given numerous public interviews discussing contemporary Iranian politics, prisons, and protest movements. I am fluent in Persian, and I can read Arabic and French, in addition to English.

**B.      Scope of Expert Opinion**

9.      I have been retained by counsel for John Doe I, John Doe II, and John Doe III (collectively, "Plaintiffs") to provide expert testimony regarding Defendant Parviz Sabeti and the significant risks posed to those Iranian intellectuals, activists, and members of the political opposition who speak out against both Iranian monarchists and the Islamic Republic of Iran.

10.      Although his name is not well-known among non-Iranians, Parviz Sabeti is among the most notorious and consequential figures in Iranian public and political life of the past half century. During the 1970s, at the height of the power of the Pahlavi monarchy – which ruled Iran from 1925 until an Islamic revolution toppled it in 1979 – Sabeti served as head of the formidable Third Division of the Iranian intelligence service, *Sazman-e Ettela'at Va Amniyyat-e Keshvar* ("The National Information and Security Bureau"), or SAVAK – the division responsible for internal security and well-known for the brutality of its tactics. After the collapse of the monarchy in early 1979, Sabeti's whereabouts and details of his post-revolution life remained largely unknown – likely to shield him from justice or

reprisal for his role in the Iranian monarchy's torture program – until his surprising public re-emergence in the U.S. in 2023 amid protests against the Islamic Republic of Iran (Iran's post-1979 government).

11. Sabeti has never faced justice in any country or in the international legal system for his part in torture and extrajudicial killings undertaken by SAVAK in the 1970s. This is in part due to the fact that Sabeti's whereabouts were not publicly known between 1979 and 2023, along with the fact that his victims would have faced significant hurdles – including fear for their lives – in attempting to publicly demand justice for what they endured. In what follows, I detail Sabeti and SAVAK's history of detainee abuse and torture, the structural links between the prison and intelligence systems of the pre- and post-1979 Iranian governments, the dangerous conditions faced by Iranians for speaking out against torture and for democratic change in today's Iran (including danger from both monarchist and Islamic Republic currents), and the circumstances that have made bringing Sabeti to justice through legal means virtually impossible before this moment. I then conclude with a brief overview of my testimony.

12. Based on the materials available to me in the public docket, I have presumed the following about the profiles of the pseudonymous Plaintiffs: Plaintiffs were associated with the Iranian left during the monarchy and this association led to

their targeting, detention, and torture by SAVAK members and/or *Komiteh Moshtarek* members under the authority of Parviz Sabeti, as the head of SAVAK.

13.     I hereby confirm that I have not testified as an expert at trial or by deposition for any prior cases in the past four years. I also confirm that I am not being paid to offer this expert testimony or for my participation in this case.

## II.     EXPERT OPINION

### A.     SAVAK and Torture Before 1979

14.     Founded in 1957, SAVAK would become one of the most and controversial institutions in modern Iranian history, as its name became synonymous with surveillance, repression, censorship, abuse, and torture among large swathes of the Iranian populace. The organization's origins lie in the political particulars of post-1953 Iran, a critical year during which the Central Intelligence Agency (CIA) orchestrated a coup d'etat in the country, placing the Pahlavi shah – Mohammad Reza Pahlavi – back on the peacock throne.[1] Trained and funded by the CIA,[2] with further training and support from Israel's Mossad, SAVAK took over, consolidated, and expanded both internal and external intelligence gathering functions previously

---

[1] Ervand Abrahamian, *The Coup: 1953, the CIA, and the Roots of Modern U.S.-Iranian Relations.* New York: The New Press, 2013. For the post-coup era, see Afshin Matin-Asgari, *Axis of Empire: A History of Iran-US Relations,* (New York: Verso Press, 2026), 105-143.

[2] "CIA's Role in Forming SAVAK," March 2, 1980, Freedom of Information Act Electronic Reading Room, https://www.cia.gov/readingroom/document/cia-rdp90-00552r000505290007-5. For more on the CIA's relationship with SAVAK see Mark J. Gasiorowski, *US Foreign Policy and the Shah: Building a Client State in Iran* (Ithaca, NY: Cornell University Press, 1991), 117-120.

"handled by the police, gendarmerie, and military intelligence" in Iran.[3] During the SAVAK era, the Pahlavi monarchy took on increasingly autocratic tendencies, working to crush all dissent and eventually becoming an authoritarian one-party state in 1975. SAVAK operated as Iran's principal intelligence agency until it was formally dissolved amid the revolution that brought the Islamic Republic of Iran to power.

15.    It is difficult to overstate the significance of SAVAK – and especially Parviz Sabeti's Third Division, which was in charge of internal security – to late-Pahlavi era Iran. It was the Third Division that created the public perception of SAVAK as powerful, omnipresent, and brutal. As scholar and former Pahlavi state official Gholam Reza Afkami notes, Sabeti's Third Division was "the emblem of SAVAK, the bureau most people actually mean when they think and speak of SAVAK."[4] So pervasive was the division's reputation for torture that those who worked for the Pahlavi government, including in other SAVAK bureaus, complained about having their efforts overshadowed by the Third Division's macabre work. Manuchehr Hashemi, the one-time head of SAVAK's Eighth Division, the section in charge of countering Soviet espionage, observed unhappily in his memoir that

---

[3] Foreign Relations of the United States 1969-1976, Volume XXVII, Iran; Iraq 1973–1976, https://history.state.gov/historicaldocuments/frus1969-76v27/d184#.

[4] Gholam Reza Afkami, *The Life and Times of the Shah.* (Los Angeles: University of California Press, 2009), 382.

Eighth Division successes were publicly eclipsed by Third Division abuses.[5] In the 1970s, Iran's ambassador to England Parviz Radji complained that his job had essentially become defending Iran from accusations of brutality leveled against it "as a result of the quite needless excesses of Savak."[6] After 1979, even the former Queen Farah Pahlavi was forced to admit that SAVAK was "quite often heavy-handed" in the years of her husband's rule.[7]

16.     If the Third Division was practically synonymous with SAVAK, there was no single person more important to the work of this division than Parviz Sabeti. Sabeti joined SAVAK in the year of its founding in 1957 and rose rapidly through its ranks, rising to the head of the Third Division within a decade.[8] Scholar Abbas Milani, who is one of a small number of scholars who has conducted interviews with Sabeti in recent years, writes of the former SAVAK figure, "He was like a character from a le Carré novel…To much of the population, he was simply known as 'High Ranking Security Official.' To the political cognoscenti, he was one of the most powerful men in Iran during the last two decades of the Pahlavi era…His name was

---

[5] Quoted in Abbas Milani, *Eminent Persians: The Men and Women Who Made Modern Iran, 1941-1979,* Vol. One. (Syracuse: Syracuse University Press, 2008), 172.
[6] Parviz C. Radji, *In the Service of the Peacock Throne: The Diaries of the Shah's Last Ambassador to London* (London: Hamish Hamilton, 1983), 85.
[7] Farah Pahlavi, *An Enduring Love* (New York: Hyperion, 2004).
[8] Basic biographical information throughout is drawn from ״Parviz Sabeti," in Abbas Milani, *Eminent Persians,* 172-176. Further biographical detail drawn from documents made public by the Islamic Revolution Documents Center, https://irdc.ir/fa/news/8574/-از-فرار-در-ثابتی-پرویز-آنچه ایران-برد-و-گذاشت.

Parviz Sabeti and he was easily one of the most controversial figures in postwar Iran." It is in this context that, throughout the 1970s, Sabeti's name "augured fear and loathing and was synonymous with torture and censorship" in the country, particularly among those who held critical or oppositional viewpoints to those of the monarchy.[9]

17.    SAVAK's Third Division kept an eye on all whom they deemed politically subversive but was enduringly focused on liberal-nationalist and especially left-wing intellectuals, students, activities, and organizations, which Mohammad Reza Pahlavi Shah viewed as a particular threat to his rule. After the 1953 coup, the political parties that had challenged the shah's power in the 1940s-1950s – namely the liberal National Front and the communist Tudeh party – were essentially annihilated, their leadership imprisoned, executed, or dispersed. Beginning in 1969, Sabeti's group in SAVAK was put in charge of fighting what were thought of as subversive political groups. There were five categories of such groups: communists/socialists, National Front members (that is, liberal nationalists), Kurds, other secessionist movements, and Islamist radicals. Sabeti was given the task that the monarchy believed to be the most crucial: neutralizing opposition from the left. Once elevated to the head of the Third Division, Sabeti remained focused on this task. By the early 1970s, as the Iranian opposition became increasingly

---

[9] Parviz Sabeti," in Milani, *Eminent Persians,* 172.

militant in its tactics, SAVAK's numbers expanded to some 5000 full-time and an unknown number of part-time employees and informants.[10]

18.     In the early 1970s, the Pahlavi monarchy also formed a law enforcement task force, called the *Komiteh-ye Moshtarek-e Zedd-e Kharabkar*, or "Joint Anti-Sabotage Committee," officed in a prison and interrogation center of the same name. The Committee represented an effort to consolidate the work of SAVAK, the gendarmerie, the military, and the National Police Force – agencies that had experienced jurisdictional clashes to that point. The Committee interrogation center – housed in the prison in Tehran and referred to colloquially by Iranians simply as "the *Komiteh*" – would soon be among the most dreaded of SAVAK detention centers. The *Komiteh* was nominally headed by a member of the military, but Parviz Sabeti – who was by this point head of SAVAK's Third Division – was its defacto leader. As one scholar notes: "The 'Committee' developed a notorious reputation as a den of torture and brutality, and in the public imagination it was Sabeti's name that was identified with the Committee and its notoriety."[11] Importantly, like much of SAVAK's pre-1979 infrastructure, the *Komiteh*

---

[10] Ervand Abrahamian, *Tortured Confessions: Prisons and Public Recantations in Modern Iran.* (Los Angeles: University of California Press, 1999), 104. Mark Gasiorowski puts the numbers of full-time employees higher.
[11] Milani, *Eminent Persians,* 172.

interrogation center would be used by the Islamic Republic after 1979 to house and torture its own political enemies.

19.     Examples of the imprisonment, abuse, and torture of activists, intellectuals, artists, and other dissidents by SAVAK in the era are legion. A few examples suffice to show the broader context of repression in which Iranian activists, intellectuals, students, and public figures lived in this era. One well-known case is that of famed leftist novelist Gholam Hossein Sa'edi, who was arrested, imprisoned, interrogated, and tortured by SAVAK on multiple occasions, an experience he would go on to call "nightmarish."[12] Communist theorist of armed struggle Bijan Jazani "had a broken bottle inserted into his anus" during torture and was eventually extrajudicially executed in 1975.[13] Another example from the era is leftist poet and scholar Reza Baraheni, who was imprisoned and tortured in 1973. Baraheni explains Sabeti's role in his prison memoir, writing that Sabeti was "the Shah's expert in dealing with intellectuals" due to his ability to force them, through coercive means, into providing public recantations of their political views. These infamous public recantations – what scholar Ervand Abrahamian has evocatively termed "tortured

---

[12] Houra Yavari and Faridoun Farrokh, "Gholam-Hosayn Sa'edi," *Encyclopedia Iranica,* July 15, 2009, https://www.iranicaonline.org/articles/saedi-gholam-hosayn/. For a lengthy oral history interview with Sa'edi, conducted by see Gholam Hossein Saedi, interview with Zia Sedghi, Harvard University Iranian Oral History Project, April 5, 1984, https://iiif.lib.harvard.edu/manifests/view/drs:2899130$26i

[13] William J. Butler and Georges Levasseur, *Human Rights and the Legal System in Iran: Two Reports* (Geneva: International Commission of Jurists, 1976), 11.

confessions" – became a staple of SAVAK's arsenal, and they would go on to be used with even greater ferocity in the post-1979 period by the Islamic Republic.[14] Even pre-revolutionary Iran's most famous soccer star, Parviz Ghelichkhani, also a leftist, would not be spared the experience of imprisonment and SAVAK interrogation. After being coerced into granting his own tortured confession, Ghelichkhani would eventually flee Iran and reject playing in the 1978 World Cup in order to challenge the shah's legitimacy and to escape further repression in Iran.[15]

20. As the use of torture escalated in the shah's prisons, so too did widespread global awareness and condemnation of Pahlavi torture – and of SAVAK and Parviz Sabeti's key role in Iran's torture program. The aforementioned Baraheni notes that his own interrogation was overseen by "the head of all the torturers in SAVAK," a man who was himself "answerable to Parviz Sabeti, the second most important man in the intelligence network of the Iranian government."[16] At one point during his incarceration, Baraheni was directly questioned by Sabeti after enduring abuse at the hands of his chief interrogators. During that meeting, Sabeti verbally abused and threatened Baraheni while attempting to coerce him into a public recantation. Baraheni would eventually provide such a tortured confession before

---

[14] Ervand Abrahamian, *Tortured Confessions,* passim.
[15] "Captain Denounces Shah," *The Province,* Vancouver, British Columbia, (May 20, 1978), 26. For more on Ghelichkhani, see Houshang Chehabi, "A Political History of Football in Iran," *Iranian Studies* 35, 4 (2002), pp. 371–402.
[16] Reza Baraheni, *The Crowned Cannibals: Writings on Repression in Iran.* (New York, Vintage, 1977), 149.

his release.[17] In certain cases, detainees have stated that Sabeti directly participated in their abuse. In a military tribunal held in 1972, for instance, one detained militant stated, "They burned me with an electric heater. I could not walk, and I had to crawl on the ground, on my chest. Your agents (one of them Sabeti), took out their penises and urinated in my mouth." This detainee was executed not long after this testimony.[18]

21.     SAVAK actively propagated the notion that their agents and associates were legion, and that they were surveilling every aspect of Iranian life. In the much-quoted words of a British journalist in the 1970s, SAVAK were the shah's "eyes and ears, and where necessary, his iron fist."[19] According to one former political prisoner, the torturers in charge of his interrogation explicitly referred to Sabeti as "the pupils of the shah's eyes." Sabeti's reputation stemmed in part from a series of public appearances he made on National Iranian Radio Television (NIRT) in the early 1970s. Appearing in smart suits and speaking directly to Iranians, Sabeti was referred to on those programs only as "High Ranking Security Official." Baraheni recalls that in one such appearance, Sabeti "talked for more than three hours on the

---

[17] Golnar Nikpour, "Claiming Human Rights: Iranian Political Prisoners and the Making of a Transnational Movement, 1963-1979." *Humanity: An International Journal of Human Rights, Humanitarianism, and Development* 9, no. 3 (Winter 2018): 363-388.

[18] This quote is taken from the 1972 military tribunal testimony of Mehdi Rezai, a member of the leftist-Islamist guerrilla organization the Mojahedin-e Khalq. Quoted in Baraheni, *The Crowned Cannibals,* 216.

[19] Robert Graham, *Iran: The Illusion of Power.* (New York: St. Martin's Press, 1979), 143.

operations of SAVAK, saying that his informants were everywhere and that every organization in the country was infiltrated."[20] As historian Peyman Vahabzadeh notes of one of Sabeti's appearances in December 1970, "Sabeti bragged about SAVAK's having a million agents and informants in the country. He announced that even the slightest activities of the opposition were under the surveillance of security forces."[21] This conjoined reputation for both inescapability and brutality produced a severely chilled public environment for *all* Iranians, not just political detainees or dissidents, and certainly not only for militants. As one former Pahlavi state official notes, "self-censorship resulting from ubiquitous fear" was "the true major weapon of control in SAVAK's arsenal."[22] According to Polish journalist Ryszard Kapucinski, SAVAK's "ubiquitous terror drove people crazy." Because of the overwhelming culture of paranoia it produced, Kapucinski observed, "Iran belonged to SAVAK."[23] As such, bringing SAVAK leadership to justice through legal means in Iran at this time would have been impossible.

22. SAVAK was active in surveilling and harassing Iranian dissidents and activists well beyond Iran's borders – another tendency that would be repeated by the Islamic Republic after the revolution and which continues to the current day. The

---

[20] Baraheni, *The Crowned Cannibals,* 187.

[21] Peyman Vahabzadeh, "Rebellious Action and 'Guerrilla Poetry': Dialectics of Art and Life in 1970s Iran," in Kamran Talattof, *Persian Language, Literature, and Culture: New leaves, Fresh Looks.* (New York: Routledge, 2015), 105.

[22] Afkami, *The Life and Times of the Shah,* 401.

[23] Ryszard Kapucinski, *Shah of Shahs*, Vintage International, 1992.

routine harassment of activists outside of the country produced a culture of anxiety and suspicion far beyond Iran's borders. Sabeti himself essentially admitted SAVAK's presence outside of Iran to *The New York Times,* whose correspondent Eric Pace interviewed the Third Division's director in 1976. "Asked how many agents Savak maintained in the United States," Pace's article explained, "Mr. Sabeti...leaned back and said amiably: 'We'd better not talk about this, but we are fully aware of the situation of Iranian students abroad, especially those working in international Communism activities.'"[24] As sociologist Charles Kurzman writes of SAVAK's reach, "As far away as Lawrence, Kansas, Iranian students worried that 'even your brother might be a SAVAK agent and if he is, it is his duty to report on you."[25] SAVAK files captured by student activists in the Iranian consulate in 1976 revealed that SAVAK surveillance outside of Iran extended to breaking into dissidents' homes. One SAVAK document from Geneva reads: "Clandestine entries to opposition homes should be preceded by an operations plan (such as complete information on the subject, location of his or her residence, time of his or her leaving home and returning, emergency avenues of exit in case of unpredictable incidents, etc.) Please instruct your officers that in any future case of clandestine entry of an

---

[24] Victor A. Lusinchi and Eric Pace, "Torture and Denials of Rights Laid to Iran by Jurists' Group," *New York Times*, May 29, 1976.
[25] Charles Kurzman, *The Unthinkable Revolution in Iran* (Cambridge, MA: Harvard University Press, 2005), 139.

opposition residence, the full plan must be forwarded to headquarters for approval."

The document, which also included instructions on copying keys and breaking locks, was signed by Parviz Sabeti.[26]

23.     Although there were no legal means through which to challenge SAVAK torture in Iran in Pahlavi courts, Iranian torture survivors undertook efforts to publicize their hardships despite threats to their safety. Because Iranian courts were not a source of reprieve let alone justice for these survivors, Iranian activists worked to advocate for the rights of prisoners to global human rights organizations, the United Nations, foreign governments, and other international organizations.[27] As a result of these efforts, particularly those of a large expatriate Iranian student movement, international human rights organizations began publicizing the issue of SAVAK torture in the 1960s and 1970s, often naming Sabeti as a central figure. In a 1976 briefing, for instance, Amnesty International ("AI") confirmed Sabeti as near the top of SAVAK's hierarchy while reporting that "all the information received by AI over the last decade confirms that torture does invariably occur" in Iran. The report provided further details: "Alleged methods of torture include whipping and beating, electric shocks, the extraction of teeth and nails, boiling water pumped into

---

[26] Quoted in Gregory F. Rose, "The Shah's Secret Police Are Here." *New York*, Sept. 18, 1978, https://www.cia.gov/readingroom/docs/CIA-RDP81M00980R000600050015-5.pdf.
[27] Nikpour, *Claiming Human Rights*.

the rectum, heavy weights hung on testicles, tying the prisoner to a metal table heated with white heat, inserting a broken bottle into the anus, and rape."[28]

24.    An influential 1976 International Commission of Jurists (ICJ) report written by William J. Butler and Georges Levasseur similarly names the "much feared" Sabeti as leading SAVAK's torture program. Butler and Levasseur further stated, "there can be no doubt that torture has been systematically practiced over a number of years against recalcitrant suspects under interrogation by the SAVAK. The number of detailed allegations which have been made, the absence of any impartial investigation, and the fact that the SAVAK is, and knows itself to be, a law unto itself, point inevitably to this conclusion."[29] Butler would go on to give similar testimony on torture in the shah's prisons to U.S. Congress in 1976.[30] Due to pressure from groups including the ICJ, which included face-to-face meetings between Butler and Mohammad Reza Shah, Pahlavi Iran would partially reform the Military Justice and Penal Code of the country in the late 1970s. SAVAK officials, including Parviz Sabeti, were displeased with these changes. SAVAK director Nematollah Nassiri bemoaned as being "forced upon them" and another SAVAK official described as

---

[28] Amnesty International, *Iran: Amnesty International Briefing,* (Amnesty International, November 1976), 6-8.
[29] Butler and Levasseur, *Human Rights and the Legal System in Iran,* 22.
[30] Matthew K. Shannon, *Losing Hearts and Minds: American-Iranian Relations and International Education During the Cold War* (Ithaca, NY: Cornell University Press, 2017), 128-129.

being "beyond belief."[31] When the shah's government decided to release some political prisoners in 1978, Sabeti was incensed. Upon being told that these decisions stemmed in part from Iranian opposition and from the scrutiny of human rights groups, he responded, "To hell with the human rights group."[32] Yet the pressure on the shah, and on Sabeti, continued to escalate. On October 29, 1978, amid continuing anti-shah demonstrations across Iran, the Shah announced Sabeti's forced dismissal, alongside 33 other senior SAVAK officials.[33] Sabeti left the country not long after this dismissal, on the eve of the revolution of 1979.

### B. The Islamic Republic of Iran and SAVAK's Legacy

25. SAVAK was formally dismantled in the revolutionary process that brought the Islamic Republic of Iran to power. Indeed, several of its highest-level personnel were executed by the nascent revolutionary government. Yet despite the fact that the mass movement that toppled the monarchy was, as one scholar has stated, a "revolution against torture," the Islamic Republic of Iran immediately came to use many of the same institutions and violent practices – including political incarceration and torture – as its monarchic predecessor.[34] During this wave of

---

[31] Radji, *In the Service of the Peacock Throne*, 84-85.

[32] Milani, *Eminent Persians,* 175.

[33] Chronology: Iran: The Making of U.S. Policy, 1977-1980. Digital National Security Archive Reference Records, https://dartmouth.idm.oclc.org/login?url=https://www.proquest.com/encyclopedias-reference-works/chronology-iran-making-u-s-policy-1977-1980/docview/1679062673/se-2 (accessed February 24, 2026).

[34] Scott Horton, "Six Questions for Darius Rejali," *Harper's Magazine*, February 2008.

terror, the revolutionary government added to the equation an onslaught of executions unlike anything Iranians had previously seen. This violence was inescapable, as the Islamic Republic under Ayatollah Ruhollah Khomeini also drastically expanded the pre-revolutionary practice of tortured confessions given under evident physical and psychological duress. This era culminated in a brutal 1988 massacre in Iran's prisons in which most remaining political prisoners from the post-revolutionary era, some of whom had been in prison for the better part of the decade, were summarily executed. Under the cover of secrecy, somewhere between 3-5000 individuals were massacred in a crime that the Islamic Republic has denied to this day.[35]

26.    There has been significant institutional continuity between Iran's two apparently ideologically opposed governments. According to sociologist and Iranian political reformist Abbas Abdi, one new person was incarcerated every two minutes in the years between 1980-1986.[36] My own research into Iran's pre- and post-revolutionary prison systems reveals that most of these new detainees were housed in prisons built by and used by the former shah. SAVAK-affiliated prisons emptied by revolutionaries during the course of the revolution would see a new – and exponential – ballooning in the numbers of political detainees after the fall of the

---

[35] Nasser Mohajer, *Voices of a Massacre: Untold Stories of Life and Death in Iran, 1988* (New York: Oneworld, 2020).
[36] Abbas Abdi, *Tasir-e Zendan Bar Zendani: Asibshenasi-ye Ejtema'i* (Tehran: Nur, 1387/2008).

monarchy.[37] For instance, the aforementioned Komiteh Interrogation Center was renamed the Towhid ("Oneness of God") Interrogation Center and again used to house and torture new political detainees. And, revealing the extent to which the Islamic Republic continues to narrate and adjudicate the story of pre-1979 repression to its own ends while denying justice, transparency, and accountability to Iranian victims of torture, the Komiteh / Towhid interrogation was recently transformed into a museum called 'Ebrat ("Example"). This prison-turned-museum – named as such to be an "example" to those who might challenge the Islamic Republic today – is now dedicated to memorializing pre-revolutionary Islamist and clerical victims of political imprisonment and torture. Those pre-revolutionary dissidents tortured at the Komiteh but not affiliated with the Islamic Republic and those tortured at Towhid after the revolution are summarily ignored and their stories repressed.[38]

27.     There is evidence that SAVAK personnel were absorbed into the new post-1979 government in the form of a new intelligence agency called SAVAMA. (This new agency would eventually give way to the current Ministry of Intelligence.) Top SAVAK personnel were purged and at the highest strata tried and killed, but rank and file SAVAK were, in the words of scholar Michael Axworthy, seemingly

---

[37] Golnar Nikpour, *The Incarcerated Modern: Prisons and Public Life in Iran,* (Stanford, CA: Stanford University Press, 2024), 168.
[38] Ebrat's official website has much of this basic information: https://ebratmuseum.ir/.

"retained and reindoctrinated" and absorbed into the new system.[39] Many believe that former high-ranking SAVAK official General Hossein Fardoust "defected to the other side, handed over crucial files, and transformed SAVAK into SAVAMA," which would explain why Fardoust – who denied the allegations but publicly worked with the Islamic Republic all the same – was spared by the new government while other high-ranking members of SAVAK were killed.[40] This account is corroborated by a former KGB defector named Vladimir Kuzichkin, whose account alleges that surveillance of the Soviet embassy began again in May 1979, after a three-month hiatus, with the same personnel as the pre-revolution period.[41] The account is also corroborated by an AFP report from December 1979 stating that Iranian activists living in Paris observed that SAVAMA agents were evidently using five apartments previously used by SAVAK to surveille the opposition in exile.[42]

28. The idea that SAVAK had transformed into SAVAMA became a "social truth" among many Iranians, particularly politically active ones. That is, Iranians came to believe that SAVAK knowledge and personnel had simply been absorbed into new and even more virulent repression efforts after 1979. My interviews reveal the prevalence of this belief among Iranians from the revolutionary

---

[39] Axworthy, *Revolutionary Iran,* 342.
[40] Abrahamian, *Tortured Confessions,* 159.
[41] Axworthy, *Revolutionary Iran,* 342.
[42] "Iranian Secret Police Reportedly Stationed in Paris," NC081438 Paris AFP iin English, December 8, 1979, Foreign Broadcast Information Service (FBIS).

generation. At the least, it is certain that fear of SAVAK information falling into the new government's hands and of SAVAK personnel taking over where they had left off exacerbated post-revolutionary terror and suspicion among Iranians across the political spectrum.

29.     Iranian activists, political prisoners, and international human rights organizations like Amnesty International were among the earliest to sound the alarm on the disturbing continuities between the pre- and post-revolutionary governments, with a particular focus on torture. In 1980, for instance, AI released a report stating that many of those being newly incarcerated in Iran "had been foremost in the opposition to the government of the Shah and had suffered imprisonment at that time for their political beliefs."[43] AI also noted that the tactics used by the new interrogators "were similar to abuses committed under the Shah before the 1979 revolution."[44] Political detainees of various stripes endeavored to publicize these grim continuities in the hopes of curtailing the abuse. As one detainee wrote in 1982, "They [the interrogators of the Islamic Republic] use another form of torture developed by Savak under the Shah: after whipping the soles of the feet, a booted guard stands on them until the swelling is gone. Then he forces the prisoner to walk

---

[43] "Iran: Wave of Executions – 290 Die," *Amnesty International Newsletter* 10, no. 10 (October 1980): 6.
[44] Quoted from an AI press release from Feb. 1982, reprinted in The International Solidarity Front for the Defense of the Iranian People's Democratic Rights (ISF-IRAN), *The Crimes of Khomeini's Regime* (N.p.: n.p., 1982), 119.

around or sit and stand repeatedly. One man was forced to sit and stand 1120 times before he collapsed into unconsciousness."[45] Another person lamented, "Three years ago, no one expected that the old Savak apparatus would be revived so soon or that the Pahlavi dungeons would become Islamic torture chambers. No one knew that those patriots who survived the Shah would now be facing Khomeini's death squads."[46]

30.     Throughout the 1980s, the revolutionary government unleashed a wave of repression against not only Pahlavi loyalists but also many of its former allies in the anti-shah opposition. The revolutionary coalition first attempted to capture high-ranking monarchists and members of the intelligence and military institutions, particularly SAVAK. In the early days of the revolution, this process was messy, violent, and improvised. As scholar Michael Axworthy notes, in this era "Groups of young men, some of them armed, roamed the streets looking for SAVAK functionaries or anyone associated with the old regime."[47] The new government, led by Ayatollah Ruhollah Khomeini, inaugurated a system of ad hoc revolutionary tribunals to deal with detainees. In Tehran, these revolutionary tribunals quickly set up shop in monarchy-built prisons like Qasr and Evin. These trials were quick, often

---

[45] ISF-IRAN, 14.
[46] Ibid, vi.
[47] Michael Axworthy, *Revolutionary Iran: A History of the Islamic Republic* (New York: Oxford University Press, 2013), 145.

held in secret, and typically included no defense counsel. Those condemned were typically shot dead immediately. If until February 1979 remaining Pahlavi-era political detainees were still being freed, within days of the monarchy's fall the shah's prisons were, according to one observer of the time, newly "full of persons arrested by the revolutionary militia."[48]

31.     Khomeini promised that the revolution would "cleanse society of the putrefied vestiges of the tyrannical regime," focusing at first on those who had been involved in SAVAK torture and repression.[49] As such, revolutionary tribunals executed three SAVAK chiefs and 90 SAVAK operatives in the first two years after the revolution.[50] During the height of Iran's revolutionary fervor, both before and after the fall of the shah, Parviz Sabeti would have been considered a prized catch for those seeking retribution. Sabeti may well have been, in the words of one scholar, "the opposition's most cherished prey."[51] So important was Sabeti to the revolutionaries that when publicizing their reasons for executing *other* SAVAK agents, being "a close collaborator of Parviz Sabeti" was among the crimes the revolutionary courts alleged those individuals committed.[52]

---

[48] Amnesty International, *Law and Human Rights in the Islamic Republic of Iran: A Report Covering Events Within the Seven Month Period Following the Revolution of February 1979* (Amnesty International: London, 1980), 18.

[49] Ruhollah Khomeini, quoted in Abrahamian, *Tortured Confessions*, 124.

[50] Abrahamian, *A History of Modern Iran,* 181.

[51] Milani, *Eminent Persians,* 172.

[52] "Execution of SAVAK Official, LD091302 Tehran Domestic Service in Persian, April 9, 1979, Foreign Broadcast Information Service (FBIS).

32. Sabeti himself did not fall into the hands of his opponents, however, because he left Iran before the fall of the shah and concealed his whereabouts. As scholar Abbas Milani observes, it was a "measure of Sabeti's power" that "when prominent figures of the government were arrested [in late 1978] as a ploy to appease the opposition…Sabeti…was not only spared but was allowed to leave Iran." Sabeti's post-revolutionary disappearance led to widespread conspiracies about his whereabouts – some members of the opposition said Israel, others the U.S., others France. Milani writes at length about those conspiracies:

> No sooner had he left Iran than Iran's complicated conspiratorial cosmos was filled with rumors about his departure. Sabeti was spared, some said, because the CIA wanted him saved. General Fardust, for many years SAVAK's deputy director, claimed in his vituperative memoir that Sabeti told him that the CIA was helping him leave Iran…Another conspiracy theory was that Mossad had saved Sabeti. In both theories, 'he has had plastic surgery.' Some say he lives incognito in Israel; others have him active as 'chief advisor' to Prince Reza Pahlavi. In exile, no less than in his days of power, the 'real' Sabeti is hidden under a heavy fog of rumor, gossip, innuendo, rightful criticism, and calculated disinformation.[53]

Some of the theories about Sabeti's whereabouts were circulated and presumably believed by members of the new revolutionary government. For instance, Russia's TASS News Agency reported on February 25th, 1979 – drawing from reports in Iranian daily newspapers – that Khomeini had received a report from Switzerland

---

[53] Milani, *Eminent Persians,* 173.

stating that "the notorious butcher of the shah's secret police Parviz Sabeti, now hiding in that country, is busy implementing an imperialist conspiracy against Iran, assisted by CIA experts."[54] Despite not being able to get their hands on Sabeti, revolutionary tribunals tried and executed SAVAK officials who had overseen the interrogations and torture of hundreds of political prisoners.[55] In these years, Sabeti remained assiduously off the radar, apparently to avoid this deadly retribution.

33. During the post-revolutionary wave of terror, Khomeinists arrested, detained, tortured, and in some cases executed rivals of all other political tendencies – Islamic liberals, Islamic leftists, secular liberal nationalists, communists, socialists, ethnic independence movements, students, journalists, Muslim iconoclasts, and other would-be ideological adversaries. Although the leftist movement in Iran was aggressively targeted by SAVAK before 1979 and decimated by the time of the collapse of the monarchy, Islamist revolutionaries nonetheless saw their leftist counterparts – both among the secular and religious left – as threats to their aspirations for power. Sociologist Charles Kurzman explains this political dynamic in detail: "As leftists became more active in the [revolutionary] movement, the Islamists saw them as an increasing threat…leftists participating in a mass demonstration were blocked from reading a resolution; other protesters shouted them

---

[54] "Plots Against Revolution." LD251735 Moscow TASS in English, February 25, 1979. Soviet Union Daily Report, Foreign Broadcast Information Service (FBIS).
[55] Abrahamian, *Tortured Confessions,* 125.

down with the chant, 'The only party is the party of God [hezbollah].' The following day, Islamists harassed leftist demonstrators in Tehran, shouting 'Traitors!' and 'Communists!'"[56] Between 1981 and 1985, the revolutionary government executed 8,000 political opponents, targeting the Islamic left, Islamic liberals, liberal nationalists, the secular left, and ethnic minority parties and all but annihilating a generation of activists in Iran.[57]

34.    The culling of the Islamic Republic's political adversaries between 1979-1986 along with the 1988 prison massacre represents the most violent period – at least to date – in modern Iranian history. To say that this era elicited a new wave of fear and paranoia among those who opposed the Islamic Republic – including those who were longstanding veterans of the anti-shah and pro-freedom movements – would probably understate the experience of watching former friends and fellow travelers arrested, tortured, paraded onto television to disavow their beliefs, and killed. In the early 1980s, many intellectuals also lost their jobs, as the new regime undertook a cultural revolution across Iranian institutions and universities.

35.    In interviews with former anti-monarchy and anti-Khomeini political activists and intellectuals, I have often been told that fleeing the country was the only

[56] Kurzman, *The Unthinkable Revolution,* 147.
[57] Ervand Abrahamian, *A History of Modern Iran, 2nd Ed.* (New York: Cambridge University Press, 2018), 181.

path these individuals saw to surviving the violence. Of those who fled abroad, many refused to talk about their political lives for years and even decades to come, even with their own children, for fear of the repercussions such conversations could elicit. Nor did this violence in any way end in 1988. The Islamic Republic has, throughout its existence, been among the countries with the highest execution rates of anywhere in the world. Protesters and political opposition are routinely among those most likely to be marked for death, leading UN experts to call for a moratorium on Iran's use of the death penalty repeatedly.[58] As new generations of activists, protesters, journalists, and intellectuals have come to maturity, they too have been targeted by the Islamic Republic's long repressive arm.

36. Like its predecessor, Islamic Republic intelligence forces have repeatedly revealed themselves to be able to reach far beyond Iran's borders. Human rights organizations and opposition groups have long warned of the contemporary Iranian government's waging of "transnational repression campaigns," again exacerbating the sense of paranoia prevalent in the Iranian opposition across

---

[58] A. Shaheed and F. Sanei. "Outlier: Iran and its Use of the Death Penalty," *Death Penalty and the Victims 181,* (Ivan Simonovic ed., 2016), lawrepository.ualr.edu/cgi/viewcontent.cgi?article=1297&context=faculty_scholarship. On the UN, see United Nations Press Release, "Iran: UN Experts Alarmed by Surge in Executions, Demand Moratorium on Death Penalty," September 2, 2024, https://www.ohchr.org/en/press-releases/2024/09/iran-un-experts-alarmed-surge-executions-demand-moratorium-death-penalty.

generations.[59] The expansion of the digital sphere, perhaps paradoxically, has given Iranian dissidents in exile both an opportunity to have their voices heard more widely as well as paths through which Islamic Republic intelligence agencies have better surveilled and harassed these same individuals.[60] Reports abound of the Islamic Republic targeting and harassing Iranians living abroad for voicing opinions critical of the contemporary Iranian government. In many cases, it uses new digital technologies to do so, including pornographic digital deepfakes targeting female dissidents, malware, and online harassment campaigns. For instance, *New Lines Magazine* reported in 2025 that "Iran's intelligence agencies recruit from the country's premier technical universities and offer lucrative salaries. These tech centers then orchestrate phishing schemes, malware attacks, online trolling campaigns and, more recently, "quishing" (phishing using QR codes). State-sponsored hackers have even impersonated human rights organizations, tech companies or other activists to lure their targets into a false sense of security…thousands of Iranians within the diaspora are being targeted."[61] Iranian

---

[59] Freedom House, "Iran: Out of Sight, Not Out of Reach," https://freedomhouse.org/sites/default/files/2021-02/FH_TransnationalRepressionReport2021_rev020221_CaseStudy_Iran.pdf.

[60] Marcus Michaelson, "Exit and voice in a digital age: Iran's exiled activists and the authoritarian state." *Globalizations*, *15*(2), 248–264, https://doi.org/10.1080/14747731.2016.1263078.

[61] Meghan Davidson Ladly, "How Iran Targets Women Dissidents Abroad," *New Lines Magazine,* February 21, 2025, https://newlinesmag.com/spotlight/how-iran-targets-women-dissidents-abroad/.

diaspora journalists, scholars, and intellectuals also report harassment using the tools outlined above.

###### C.      Neo-Monarchism in the Iranian Diaspora

37.      Since the fall of the Pahlavi monarchy in 1979, Iranian monarchists have pinned their hopes on the return to power of the Pahlavi family in the form of Reza Pahlavi, the former shah's son. The younger Pahlavi has not been to Iran since his teenage years but has worked continuously since the fall of his father's government to curry favor with powerful outside governments, particularly the United States and Israel. In the early 1980s, for instance, Pahlavi approached then-defense minister of Israel, Ariel Sharon, with a plan to oust the Islamic Republic from power. During the years of the George W. Bush presidency, Pahlavi endeavored to boost his profile with hawkish neoconservatives in Bush's presidential administration, again relying on pro-Israel groups to support him in Washington. In this era, Reza Pahlavi urged Capitol Hill staffers to "support the idea of funding the Iranian opposition."[62] These connections between the erstwhile crown prince and powerful elements in the U.S. and Israeli governments are known across the Iranian diaspora. These connections have, over the years, lent legitimacy to the idea that the Pahlavi monarchy and its state and security apparatuses could once

---

[62] Trita Parsi, *Treacherous Alliance: The Secret Dealings of Israel, Iran, and the United States.* (New Haven, CT: Yale University Press, 2007), 254.

again enjoy power in Iran. For instance, in an article written in *The Forward* in 2003, Pouya Dayannim – president of the Iranian Jewish Public Affairs Committee in Los Angeles – explained that there was a "pact emerging" between "hawks in the administration, Jewish groups, and Iranian supporters of Reza Pahlavi to push for regime change." As this article reported, "Pahlavi also has had quiet contacts with top Israeli officials. During the last two years, according to a knowledgeable source, he has met privately with Prime Minister Sharon and former prime minister Benjamin Netanyahu, as well as Israel's Iranian-born president, Moshe Katsav."[63]

38.     Pahlavi has risen to further prominence in recent years, routinely being presented on U.S., European, Israeli, and Iranian diaspora media as the best and most legitimate option to rule Iran. As has been the case throughout his post-1979 career, Pahlavi's public support has not been entirely organic, but has rather been buttressed by powerful supporters. A 2025 report in Israeli newspaper *Ha'aretz,* for instance, revealed that the Israeli government has undertaken a covert "influence operation" by indirectly funding Persian-language campaigns on Reza Pahlavi's behalf. As the report indicates, "It turns out that a large-scale digital influence campaign in Persian was underway, operated out of Israel and funded by a private entity that receives government support. The campaign promotes Pahlavi's public image and amplifies

---

[63] Marc Perelman, "New Front Sets Sights on Toppling Iran Regime," *The Forward,* May 16, 2003, https://forward.com/news/8807/new-front-sets-sights-on-toppling-iran-regime/.

calls for restoring the monarchy. The campaign relies on 'avatars,' fake online personas posing as Iranian citizens on social media."[64] Meanwhile, another report revealed that such Israel-generated online activity included the an AI-generated video of the Israeli Defense Forces bombing Tehran's Evin Prison during the June War between Iran and Israel in 2025.[65] This deepfake was shared widely on social media, including by innumerable pro-Pahlavi accounts. The aforementioned *Ha'aretz* report quotes experts who claim that this particular video could not have been generated and synchronized with the bombing without direct coordination with the Israeli Defense Forces.[66]

39. Investment in Reza Pahlavi among monarchist currents in the Iranian diaspora includes interest in figures closely associated with Pahlavi rule, such as the long-elusive Parviz Sabeti. On February 12, 2023, after several decades largely in the shadows, Parviz Sabeti shocked Iranians by reappearing publicly. For the first time since the 1970s, Iranians saw the former head of SAVAK's feared Third Division when his daughter posted a photo on social media featuring her father in the U.S. at an anti-Islamic Republic rally. The diasporic monarchist movement and

---

[64] Gur Megiddo and Omer Benjakob, "The Israeli Influence Operation Aiming to Install Reza Pahlavi as Shah of Iran," *Ha'aretz,* October 3, 2025, https://www.haaretz.com/israel-news/security-aviation/2025-10-03/ty-article-magazine/.premium/the-israeli-influence-operation-in-iran-pushing-to-reinstate-the-shah-monarchy/00000199-9f12-df33-a5dd-9f770d7a0000.
[65] Erielle Delzer, "AI-Generated Videos are Fueling Falsehoods About Iran-Israel Conflict, Researchers Say" https://www.cbsnews.com/news/ai-generated-videos-falsehoods-iran-israel-conflict/
[66] Megiddo and Benjakob, "The Israeli Influence Operation."

assorted Pahlavi allies responded positively to seeing the figure most associated with the former shah's torture program, calling Sabeti a "living legend" and openly thanking him for his work in SAVAK. At a rally not long after in Munich, Germany one such monarchist group carried a picture of Sabeti on a placard, along with a message promising (in Persian) that he would be "the nightmare of future terrorists" – a threat that those tortured by Sabeti's agents would not have missed.[67] Since Sabeti's stunning re-appearance, monarchist protesters have been further emboldened, to the point of carrying SAVAK flags at anti-Islamic Republic rallies. For their part, diasporic television channels sympathetic to the Pahlavi monarchy, long rumored to have funding sources from governments hostile to the Islamic Republic, have worked aggressively to whitewash the reputations of the Pahlavi family, SAVAK, and Sabeti alike.[68] One such channel, Manoto TV, produced a multi-part documentary on Sabeti hand-waving SAVAK's record of torture and political violence.[69] As he did during interviews he granted in the late 1970s, including to the *New York Times,* Sabeti disavowed any direct participation or knowledge of torture in this documentary.

---

[67] The image of the placard circulated widely on social media. See for one example: @farbodmah, February 19, 2023, 10:57, https://twitter.com/farbodmah/status/1627334021767127044.

[68] Saeed Kamali Dehghan, "Concern Over UK-based Iranian TV Channel's Links to Saudi Arabia, https://www.theguardian.com/world/2018/oct/31/concern-over-uk-based-iranian-tv-channels-links-to-saudi-arabia.

[69] Manoto TV, Parviz Sabeti, https://www.youtube.com/watch?v=YcNc4IBLI1A

40. The Iranian diasporic monarchist movement, beyond engaging in atrocity denialism, has also been credibly accused of coordinated harassment campaigns against not only would-be political rivals but also independent journalists, scholars, and intellectuals, both in the diaspora and in Iran, whom they perceive to oppose the reinstatement of the monarchy. As journalist Nahal Toosi has reported in *Politico*, the monarchist movement has in recent years become significantly more "combative" and willing to use "slash and burn tactics" against its critics. Threats of violence and rape, especially against female critics, are particularly prevalent. Toosi writes, "One person told me a Pahlavi supporter recently screamed in his face and left him feeling physically unsafe. Another said his family was doxxed by suspected Pahlavists. A former U.S. official, meanwhile, said of Pahlavi's aides: 'They scare me.' I granted them and others anonymity for their safety." Even famed reporter Christiane Amanpour was publicly harassed and by monarchists. Ironically, they took issue with Amanpour for asking Pahlavi questions about his supporters' chilling attack-dog tactics during a recent television interview.[70]

41. In the *Politico* report, Toosi notes several worrisome possibilities. The first possibility – which Toosi views as "likely" – is that that the Islamic Republic

---

[70] Eldar Mamadov, "The Pahlavi Mirage," *Foreign Policy in Focus,* February 19, 2026, https://fpif.org/the-pahlavi-mirage/.

has infiltrated the monarchist movement, posing a particular danger to those who publicly oppose both Pahlavi and the Islamic Republic from a pro-democracy position. And second is that governments opposed to the Islamic Republic – namely the United States and Israel – have met with and even promoted Pahlavi, meaning that his movement has powerful international support. This means those that challenge Pahlavi or his surrogates in any way may open themselves up to reprisal should Pahlavi return to power. And, it should be noted, key advisors to the monarchist movement have explicitly named activists on the pro-democracy left-wing of the political spectrum as deserving of their ire. As Toosi reports, sources close to Reza Pahlavi's inner circle, "said his aides were pushing his supporters to remove references to Iran's 'Woman, Life, Freedom' movement from their social media handles because they believe it is associated with a leftist, feminist agenda."[71]

### D. Conclusion

42. In 1957, SAVAK was founded and Parviz Sabeti hired by the agency. Since that consequential year, mass surveillance, censorship, arrests of dissidents and critical intellectuals, torture, forced confessions, and extrajudicial assassinations have become disturbingly commonplace for Iranians across the political spectrum. As eminent scholar of torture Darius Rejali writes, "Iranians relate to torture as a

---

[71] Nahal Toosi, "Why Iranians Are Increasingly Willing to Settle for Reza Pahlavi," *Politico,* February 24, 2026, https://www.politico.com/news/magazine/2026/02/24/reza-pahlavi-iran-trump-00793877.

familiar event of modern life. They know it exists, and they never imagine that it is logically incompatible with telephones, central heating, weddings, elections, and other occasions of modern life."[72]

43. Parviz Sabeti's enduring legacy is that he is among the handful of figures most responsible for this Iranian familiarity with torture. This dismal legacy is a primary driver for why Sabeti's victims have never been able to seek remedy within the Iranian legal system.

44. Firstly, both Pahlavi Iran and the Islamic Republic have repressed leftists particularly harshly; members of leftwing parties and organizations and those accused of having leftwing tendencies, when discovered by security forces, have been forced to endure surveillance, losses of work, arrests, torture, forced confessions, death sentences, and extrajudicial executions.

45. Secondly, this legacy has been central to producing an enduring culture of fear and paranoia among Iranians for nearly 70 years. This culture of fear entrenched by SAVAK, has only been exacerbated by the expansion of the use of torture, forced confessions, and extrajudicial killings in the Islamic Republic. Crucially, in both the pre- and post-1979 periods, Iranian intelligence operatives were and remain active far beyond Iran's borders, rendering it dangerous for pro-

---

[72] Rejali, *Torture and Democracy.*

democracy and anti-torture Iranians to challenge Iranian autocracy and political violence even at a great distance. Such danger has been presented by pro-monarchist elements as well.

46. This reality gives contemporary relevance to Kapucinski's grim rejoinder, mentioned above, that Iran "belong[s] to SAVAK." Although SAVAK as an agency has not formally existed for many years, the terror it elicited in the hearts of Iranians has only expanded and metastasized since the years in which it was active. The threats, harassment, repression, and danger that Iranians (both in Iran and in its diaspora) have faced and continue to face as a result of speaking out against torture and repression explains the reticence and fear the victims of Parviz Sabeti would have had in bringing a case forward before this time.

Dated: March 4, 2026

_____

Dr. Golnar Nikpour