**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

_____

| | |
|---|---|
| JOHN DOE I, JOHN DOE II, and JOHN DOE III, | ) ) ) |
| *Plaintiffs,* | ) Case No. 6:25-cv-219-GAP-DCI |
| v. | ) ) |
| PARVIZ SABETI, | ) ) |
| *Defendant.* | ) |

_____

### JOINT MOTION TO EXTEND FILING DEADLINES

Defendant, Parviz Sabeti ("Defendant"), by and through undersigned counsel, and Plaintiffs, JOHN DOE I, JOHN DOE II, AND JOHN DOE III, respectfully submit their Joint Motion to Extend Filing Deadlines (the "Motion") and respectfully request a brief six-day extension of time, pursuant to Fed. R. Civ. P. 6(b)(1)(A), to extend the current filing deadlines associated with the briefing on the forthcoming motion for summary judgment on the issue of equitable tolling. In support of this Motion, the Parties state as follows:

1. On January 28, 2026, the Court entered the existing briefing schedule for Defendant's anticipated motion for summary judgment on the issue of equitable tolling and set a discovery schedule that ended on March 4, 2026 (Doc. 141). Under that schedule, Defendant's motion for summary

judgment is due on or before March 24, 2026; Plaintiffs' opposition is due by April 15, 2026; and Defendant's reply is due by April 29, 2026. *Id.*

2.    On March 4, 2026, Plaintiffs produced their expert report to Defendant. On March 7, 2026, Defendant filed a motion to preclude the expert report (Doc. 150).

3.    On March 13, 2026, the Court denied Defendant's Motion to Preclude Late Expert Report and extended discovery to March 17, 2026, for the sole purpose of allowing Defendant to depose the Plaintiffs' expert (Doc. 160). In so doing, the Court stated, "To the extent Defendant requests relief with respect to any deadlines, he can file an appropriate motion in accordance with the Local Rules and the Federal Rules of Civil Procedure" (*Id.* at n.2). On March 17, 2026, Defendant's counsel deposed the Plaintiffs' expert.

4.    Due to the above circumstances, the Parties jointly request a brief, six-day extension of the deadlines for briefing Defendant's motion for summary judgment on equitable tolling, such that Defendant's motion for summary judgment would be due on March 30, 2026, Plaintiffs' opposition would be due on April 27, 2026, and Defendants' reply brief will be due on May 11, 2026.

5.    This Motion is made in good faith and not for purposes of delay. The Court may extend deadlines for filing for good cause in response to a timely request from a party. Fed. R. Civ. P. 6(b)(1)(A). This Motion is timely, as the earliest deadline (March 24, 2026, for the filing of Defendant's Motion for

Summary Judgment on equitable tolling) has not passed. Additionally, there is good cause for granting the motion, in light of the Court's extension of the discovery period for the purpose of permitting Defendant to depose Plaintiffs' expert.

6.    No party will be prejudiced by the proposed modifications to the schedule as (1) the Parties file this motion jointly, and (2) the requested extension is narrowly tailored.

WHEREFORE, Defendant and Plaintiffs respectfully request that the Court grant this Joint Motion and enter an order extending the deadline for motion practice on the issue of equitable tolling to the following dates:

(1) Defendant's motion for summary judgment on the issue of equitable tolling: to March 30, 2026.

(2) Plaintiffs' response to Defendant's motion for summary judgment: to April 27, 2026.

(3) Defendant's reply to Plaintiffs' response: to May 11, 2026.

DATED: March 19, 2026.

**FOLEY HOAG LLP**

*/s/ Christopher E. Hart*
Christopher E. Hart
Andrew B. Loewenstein
Aaron J. Loving
Foley Hoag LLP
155 Seaport Boulevard, Suite 16000
Boston, MA 02210-2600
(617) 832-1000
aloewens@foleyhoag.com
chart@foleyhoag.com
aloving@foleyhoag.com

Christina G. Hioureas
Foley Hoag LLP
1301 Avenue of the Americas, 25th
Floor
New York, NY 10019
(212) 812-0400
chioureas@foleyhoag.com

**CENTER FOR JUSTICE AND ACCOUNTABILITY**

Claret Vargas
268 Bush St. #3432
San Francisco, CA 94104
415-544-0444
cvargas@cja.org

**BROWN NERI SMITH & KHAN, LLP**

Sarah C. Colón
Thomasin Bernhardt
11601 Wilshire Blvd., Suite 2080
Los Angeles, CA 90025

**MARCUS RASHBAUM PINEIRO & MEYERS LLP**

*/s/ Jeffrey E. Marcus*
Jeffrey E. Marcus, Esq.
jmarcus@mrpfirm.com
Florida Bar No. 310890
Kathryn Meyers, Esq.
kmeyes@mrpfirm.com
Florida Bar No. 0711152
One Biscayne Tower
2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
(305) 400-4260

**GRAY | ROBINSON, P.A.**

Roger B. Handberg, III, Esq.
Florida Bar No. 241570
roger.handberg@gray-robinson.com
301 East Pine Street, Suite 1400
Orlando, Florida 32801
Telephone: (407) 843-8880
Facsimile: (407) 244-5690

**LEVY FIRESTONE MUSE LLP**

Joshua A. Levy, Esq.
jal@levyfirestone.com
DC Bar No. 475108
Justin A. DiCharia, Esq.
jdicharia@levyfirestone.com
DC Bar No. 1671109
Christina M. Lamoureux, Esq.
christinal@levyfirestone.com
DC Bar No. 1658743
900 17th Street N.W., Suite 605
Washington, D.C. 20006
(202) 845-3215

4

(310) 593-9890
sara@bnsklaw.com
thomasin@bnsklaw.com

**CORRELL LAW P.A.**

Michelle J. Correll (Fla. Bar No.
1029106)
150 East Palmetto Park Road, Suite
800
Boca Raton, FL 33432
(310) 425-3866
Michelle@Correll-LawFirm.com

*Attorneys for Plaintiffs*

**WHITECOMB, SELINSKY, P.C.**

Arash Aramesh, Esq.
Ari@whitcomblawpc.com
California Bar No. 354651
DC Bar No. 90023647
Texas Bar No. 24107061
10940 Wilshire Boulevard
Suite 600
Los Angeles, CA 90024
Tel: (303) 534-1958

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March 2026, the foregoing was

served on all counsel of record via CM/ECF.

/s/ *Jeffrey E. Marcus*
Jeffrey E. Marcus

5