UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE I, AN INDIVIDUAL
PROCEEDING BY PSEUDONYM;
JOHN DOE II, AN INDIVIDUAL
PROCEEDING BY PSEUDONYM;
AND JOHN DOE III, AN
INDIVIDUAL PROCEEDING BY
PSEUDONYM;

      Plaintiffs,

   v.                           Case No.:  6:25-cv-00219-GAP-DCI

PARVIZ SABETI, AN INDIVIDUAL;

      Defendant,

_____/

**ORDER**

This cause came on for consideration without oral argument on the following motion

filed herein:

| |
|---|
| **MOTION:**   **Joint Motion to Extend Filing Deadlines (Doc. 166)** |
| **FILED:**        **March 20, 2026** |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**.  Defendant's Motion for Summary Judgment on the issue of equitable tolling is due by March 30, 2026; Plaintiffs' Response in Opposition is due by April 27, 2026; and Defendant's Reply is due by May 11, 2026. |

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on March 20, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -