UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE I, JOHN DOE II and
JOHN DOE III,

      Plaintiffs,                      case no.:  6:25-cv-219-GAP-DCI

vs.

PARVIZ SABETI,

      Defendant.

_____/

## AFFIDAVIT OF FRANK M. TOWNSEND, ATTORNEY AT LAW

STATE OF FLORIDA
COUNTY OF OSCEOLA

      BEFORE ME, the undersigned authority, personally appeared FRANK M. TOWNSEND, Attorney at Law, who after being duly sworn, deposes and says as follows:

      1.  I make this affidavit based on my own personal knowledge of the matters described herein.  I have practiced law in Florida for 56 years.  I became a member of the Florida Bar in 1966 during my tour of duty with the United States Air Force.  I have practiced law in Kissimmee, Florida at the same location, 520 Emmett Street, since 1972.

      2.  I met PARVIZ SABETI in 1979 at my office in Kissimmee, Florida.  I later assisted him in forming two Florida corporations, Paradise Eighty, Inc. and Paris Enterprises, Inc.  Paradise Eighty, Inc. was incorporated in 1979 and Paris Enterprises, Inc. several years later.  I have been the Registered Agent for both corporations since their incorporation.  I have also represented the corporations in various matters since

their incorporation. I have also had occasions to visit with PARVIZ SABETI over the past 45 years on various subjects.

3. At no time did he ever request me to not disclose that we have had meetings. At times the meetings went into various non-business matters such as how our families were doing. PARVIZ SABETI was very proud of the achievements of his daughters made in their schooling and careers in Orlando and elsewhere. At no time did he ever ask me to not mention his name in conjunction with his daughters.

4. I have met other Iranians and acquaintances of PARVIZ SABETI who, in the course of our conversations have told me that they are friends with PARVIZ SABETI. No one ever asked me or suggested that PARVIZ SABETI was attempting to conceal himself and I should not disclose anything about him that was not legally protected attorney client information. Nor did he tell me not to disclose information about him. I believe that Mr. Parviz Sabeti has been honest and he and his family are law abiding citizens of Orlando, Florida for the many years that I have known them and that they are a credit to the community and country.

5. I do not believe that PARVIS SABETI has attempted to hide or conceal himself.

6. Further, affiant sayeth not.

_____
FRANK M. TOWNSEND

2

STATE OF FLORIDA
COUNTY OF OSCEOLA

The foregoing instrument was acknowledged before me by the means of physical presence, this _24_ day of March, 2026, by FRANK M. TOWNSEND, who is personally known to me.

Notary Public, State of Florida
My Commissions Expires:

JULI LYON
MY COMMISSION # HH 466746
EXPIRES: December 17, 2027

3