**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN DOE I, JOHN DOE II, and JOHN
DOE III,
                    **Plaintiffs,**

v.                                                      **Case No: 6:25-cv-219-GAP-DCI**

PARVIZ SABETI,
                    **Defendant.**
                                                /

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Seal Certain Documents Filed in Support of Their Opposition to Defendant's Motion for Summary Judgment (Doc. 185 (the Motion)), which was filed following discussion at the April 28, 2026 hearing concerning another motion to seal. *See* Doc. 174.  In addition, the Court has received a response to the Motion from Defendant.  Doc. 187.   In the response, Defendant asserts that:

> Defendant does not object to Plaintiffs' proposed handling of their documents. As for the documents that were produced by Defendant, he recommends redaction of certain portions of those documents and filing of those redacted versions on the public docket in lieu of maintaining those documents under seal.

*Id*. at 1.  Defendant describes Plaintiffs' request in the Motion as falling withing five categories. *Id*. at 1-2.   Adopting that characterization, it is **ORDERED** that the Motion (Doc. 185) is **GRANTED in part** such that:

1.  the Declarations of Plaintiffs may be filed under seal;

2.  the Declaration of Plaintiffs' counsel may be filed on the public docket in redacted form;

3.  the three exhibits attached to Plaintiffs' counsel's Declaration that contain John Doe II's name may be filed under seal;

4. a copy of John Doe II's Declaration in support of Plaintiffs' Motion for Leave to Proceed by Pseudonym may be filed under seal; and

5. the nine documents produced by Defendant during discovery and designated as "Confidential" under the Court's Amended Protective Order may be filed as set forth in the chart within Defendant's response (Doc. 187 at 2-3);[1] and

the Motion (Doc. 185) is **DENIED in part** to the extent it requests further relief.

Absent further order of the Court, the documents filed under seal pursuant to this Order shall remain under seal until the 90th day after the date this case is closed and all appeals exhausted. *See* Local Rule 1.11(e).

**ORDERED** in Orlando, Florida on June 9, 2026.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

---

[1] In particular, the Doc. 185-35 (the correspondence with the Lake County Board of Commissioners) may be filed under seal in unredacted form.