**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN DOE I, JOHN DOE II, and JOHN DOE III,

*Plaintiffs*,

v.

PARVIZ SABETI,

*Defendant*.

Case No. 6:25-cv-00219-GAP-DCI

**PLAINTIFFS' UNOPPOSED, TIME-SENSITIVE MOTION FOR EXTENSION OF TIME TO CONFER AND NOTIFY THE COURT OF REQUESTS FOR REDACTIONS TO ORDER ON SUMMARY JUDGMENT**

Plaintiffs, with the consent of Defendant, respectfully move under Federal Rule of Civil Procedure 6(b)(1)(A) for a one-week extension of time, through and including October 23, 2026, within which the parties must confer and notify the Court which segments, if any, of the sealed Order on Summary Judgment, Doc. 211 ("Order"), should be redacted before the Order is published on the public docket, *id.* at 63.

Plaintiffs designate this motion as time-sensitive under Local Rule 3.01(f) because the current deadline for the parties to confer and notify the Court regarding redactions to the sealed Order on Summary Judgment is October 16, 2026. Plaintiffs

respectfully request a ruling on or before October 16, 2026, so they are not constrained to have to choose between either missing the deadline or requesting redactions without the benefit of sufficient time to review the sealed Order and confer with Defendant.

As good cause for extending the deadline, Plaintiffs state as follows. On October 6, 2026, the Court entered its Order, which was filed under seal to protect Plaintiffs' identities pursuant to the Protective Order, Doc. 119-1. In its Order, the Court directed the parties to confer and notify the Court which segments, if any, of the Order should be redacted before it is published on the public docket on or before October 16, 2026.

Although the Court entered the sealed Order on October 6, 2026, neither Plaintiffs nor Defendant received it until October 13, 2026, three days before the deadline to confer and notify the Court as to requested redactions. A one-week extension is necessary to permit the parties sufficient time to review the sealed Order and comply with the Court's instructions. The requested extension is modest, sought before the current deadline expires, and will not prejudice any party or delay any other aspect of the proceedings.

WHEREFORE, Plaintiffs respectfully request that the Court extend the deadline for the parties to confer and notify the Court regarding redactions to the Order on Summary Judgment through and including October 23, 2026.

Dated: October 15, 2026

Respectfully submitted,

*/s/ Andrew B. Loewenstein*
Andrew B. Loewenstein*
Natalie F. Panariello*
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
aloewens@foleyhoag.com
npanariello@foleyhoag.com

Christina G. Hioureas*
Foley Hoag LLP
1301 Avenue of the Americas, 25th Floor
New York, NY 10019
(212) 812-0400
chioureas@foleyhoag.com

Claret Vargas*
Center for Justice and Accountability
268 Bush St. #3432
San Francisco, CA 94104
(415) 544-0444
cvargas@cja.org

Sara C. Colón*
Thomasin Bernhardt*
Brown Neri Smith & Khan, LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, CA 90025
(310) 593-9890
sara@bnsklaw.com
thomasin@bnsklaw.com

Michelle J. Correll (Fla. Bar No. 1029106)
Correll Law P.A.
150 East Palmetto Park Road, Suite 800
Boca Raton, FL 33432

(310) 425-3866
Michelle@Correll-LawFirm.com

**Attorneys for Plaintiffs**
**Admitted pro hac vice*

## LOCAL RULE 3.01(g) CERTIFICATE

Pursuant to Local Rule 3.01(g), the undersigned counsel for Plaintiffs certifies that counsel conferred with counsel for Defendant Parviz Sabeti by electronic mail on October 14, 2026, in a good-faith effort to resolve the matter. Counsel for Defendant consented to the relief requested in this motion.

*/s/ Andrew B. Loewenstein*
Andrew B. Loewenstein

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2026, I electronically filed the foregoing document via CM/ECF, which will cause a copy of the document to be served, by email, to all parties and counsel of record.

*/s/ Andrew B. Loewenstein*
Andrew B. Loewenstein