**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| JOHN DOE I, JOHN DOE II, and JOHN DOE III,<br><br>*Plaintiffs*,<br><br>v.<br><br>PARVIZ SABETI,<br><br>*Defendant*. | Case No. 6:25-cv-00219-GAP-DCI |

**NOTICE OF CHANGE OF LEAD COUNSEL AND AMENDED DESIGNATION OF EMAIL ADDRESS ON BEHALF OF PLAINTIFFS JOHN DOE I, JOHN DOE II, AND JOHN DOE III**

Pursuant to Local Rule 2.02(a), Plaintiffs, JOHN DOE I, JOHN DOE II, and JOHN DOE III, file this Notice of Change of Lead Counsel and Amended Designation of Email Address and request and/or give notice that their lead counsel henceforth be Andrew B. Loewenstein of Foley Hoag LLP.

Plaintiffs respectfully request that all motions, notices, pleadings, and other filings in this case be served on the undersigned at: aloewens@foleyhoag.com.

Dated: October 30, 2026

Respectfully submitted:
*/s/ Andrew B. Loewenstein*
Andrew B. Loewenstein*
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

(617) 832-1000
aloewens@foleyhoag.com
*Attorney for Plaintiffs*

**Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2026, I electronically filed the foregoing document, via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Andrew B. Loewenstein*
Andrew B. Loewenstein